UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INTER-ELTRA INTERNATIONAL GMBH,

                Plaintiff,

-v-

BELINDA BLUE OCEAN INC. and
BLUE FLEET MANAGEMENT CO. LTD.,

                Defendants.
------------------------------------------------------------x

JUDGE HAIGHT

**07 CIV 9500**

07 CV

**STATEMENT PURSUANT TO F.R.C.P 7.1**

RECEIVED OCT 24 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, INTER-ELTRA INTERNATIONAL GMBH, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       October 24, 2007

                                 CHALOS, O'CONNOR & DUFFY, L.L.P.
                                 Attorneys for Plaintiff
                                 INTER-ELTRA INTERNATIONAL GMBH

By: _____
                                 George M. Chalos (GC-8693)
                                 366 Main Street
                                 Port Washington, New York 11050
                                 Tel: (516) 767-3600
                                 Fax: (516) 767-3605
                                 Email: gmc@codus-law.com